Cody Lee Skipper, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Helen Miller Liggett, Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Cecil Clinton, III, presents arguments that he concedes are foreclosed by *United States v. Brown*, 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia*, 454 F.3d 468, 472–73 (5th Cir.2006), which held that a district court may order a term of imprisonment to run consecutively with an unimposed state sentence. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Joseph MARTINEZ, Defendant–
Appellant.**

**No. 08–10281.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2009.

Camille Elizabeth Sparks, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Joseph Martinez, Federal Correctional Institution Seagoville, Seagoville, TX, for Defendant–Appellant.

298

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Joseph Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Martinez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.